IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01597-RPM

WESTFIELD INSURANCE COMPANY,

    Plaintiff,

v.

DONNA COUPARD LALIBERTE,

    Defendant.

_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

    In this civil action, initiated by complaint filed July 6, 2010, Westfield Insurance Company seeks a declaratory judgment that it has no liability under a Commercial General Liability Policy to pay the named defendant Donna Coupard Laliberte for any damages in a civil action initiated by her against RPS, LLC. In the complaint, the plaintiff asserts that there is a default judgment in the underlying action and that the plaintiff there, defendant here, will seek to pursue the insurance company through garnishment proceedings.

    Donna Coupard Laliberte has filed a motion to dismiss this declaratory judgment action, asserting that this Court should defer the question of coverage to the state court. The Complaint in this case is defective in that it does not name the named insured on the policy as a defendant and it is apparent this is an effort by the insurance company to circumvent the procedures that would be available and appropriate in the state court action to determine whether Donna Coupard Laliberte can recover on the insurance policy. It is therefore

    ORDERED that this civil action is dismissed without prejudice.

    DATED: October 15th, 2010

                                                     BY THE COURT:

                                                     s/Richard P. Matsch
                                                     _____
                                                     Richard P. Matsch, Senior District Judge